AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

V.

THOMAS WELNICKI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:22-CR-164(RJD)

The Defendant was found not guilty on Count 2 of the Second Superseding Indictment (S-2). IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated as to Count 2. Count 1 previously severed by the Court.

s/RJD

Signature of Judge

Raymond J. Dearie                    U.S.D. J.
Name of Judge                         Title of Judge

11/7/2022
Date